UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-05959-JAK (AGRx) | Date | October 6, 2025 |
| Title | Jenna Shumway v. Space Exploration Technologies Corp. et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Daniel Torrez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**  **DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY ACTION (DKT. 16)**

The motion hearing is held. The Court states its tentative views that it is inclined to deny Defendants' Motion to Compel Arbitration and Stay Action (the "Motion" (Dkt. 16)). Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued. The Court asks whether any further settlement efforts at this time would be productive. Counsel state that they believe it is too early in the proceedings to do more. The Court defers the filing of the Rule 26(f) Report until a ruling on the Motion has issued. The Rule 26(f) Report is due on or before November 10, 2025; provided, however, if a ruling on the Motion has not been issued by November 3, 2025, or if by that date the parties require more time to file the Rule 26(f) Report, they shall file a corresponding stipulation and proposed order to extend the date until one after November 10, 2025.

**IT IS SO ORDERED.**

| | : | 35 |
|---|---|---|
| Initials of Preparer | DT | |