**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNA SHUMWAY, | No. 2:25-cv-05959-JAK (AGRx) |
| Plaintiff, | **ORDER RE STIPULATION TO EXTEND DEADLINE FOR FILING RULE 26(F) (DKT. 22)** |
| v. | |
| SPACE EXPLORATION TECHNOLOGIES CORP., et al., | |
| Defendants. | |

1

Based on a review of the Stipulation to Extend Deadline for Filing Rule 26(f) Report (the "Stipulation" (Dkt. 22)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

The deadline for the parties to file the Rule 16(b)/26(f) Joint Report is extended to January 9, 2026.

**IT IS SO ORDERED.**

Dated:  11/18/2025

John A. Kronstadt
United States District Judge

2